IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CHRISTINA L.,[1]

    Plaintiff,

v.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

No. 6:17-cv-01773-MO

ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT, PURSUANT TO
28 U.S.C. § 2412(d)

**MOSMAN, J.,**

    Based upon the parties' Stipulated Application for Fees Pursuant to the Equal Access to Justice Act (EAJA) [30], IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA, in the amount of NINE THOUSAND SEVEN HUNDRED AND THIRTEEN DOLLARS AND TWENTY-SEVEN CENTS ($9,713.27). Based on the terms of the Stipulation [30], this award is subject to the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

    If Plaintiff has no debt subject to offset, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Richard F. McGinty, P.O. Box

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the nongovernmental party in this case.

1 – ORDER

12806, Salem, OR 97309-0806. If Plaintiff has a debt subject to offset, the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 24 day of May, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge